# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF
# FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Ashley Koch, *3:23-cv-5158* | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Ashley Koch, by and through his counsel of record, files this Notice of Designated Forum pursuant to Case Management Order 24. Plaintiff, Ashley Koch, would show the Court that venue would be proper in the United States District Court for the Western District of Missouri absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case-specific fact and expert discovery is complete.

Plaintiff, therefore, requests that the Court take notice of this designation of forum.

Dated: March 8, 2023

Respectfully submitted,

By: * /s/ Richard Zgoda, Jr.*

Richard Zgoda, Jr. (Admitted Pro Hac Vice)
New York State Bar No. 4781506
Law Offices of Steven Gacovino, PLLC
270 West Main Street
Sayville, NY 11782
Phone: (631) 333-0962
Facsimile: (631) 761-0467
Email: rich@gaclawyer.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Designated Forum was filed electronically filed with the Clerk of the Court using the CM/ECF system on March 8, 2023 and served electronically on all counsel of record.

/s/ *Richard Zgoda, Jr.*
Richard Zgoda, Jr.